# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANCHO AGRICOLA SANTA MONICA, S. De. R.L. de C.V., a business entity organized under the laws of the Republic of Mexico,<br><br>Plaintiff,<br><br>v.<br><br>WESTAR SEEDS INTERNATIONAL, INC., an Oregon Corporation,<br><br>Defendant. | Case No. 08 CV 1998 JM JMA<br><br>**ORDER ON JOINT STIPULATION AND MOTION FOR EXTENSION TO ANSWER**<br><br>**DIST. JUDGE: Jeffrey T. Miller**<br>**MAG. JUDGE: Jan M. Adler**<br><br>Complaint Filed: October 28, 2008 |

IT IS HEREBY ORDERED:

The Parties' joint Stipulation and Motion for an extension to Answer is granted. Defendant Westar Seeds International, Inc.'s Answer to the Complaint shall be filed on or before December 18, 2008.

IT IS SO ORDERED.

DATED: December 19, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge