UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANCHO AGRICOLA SANTA MONICA, S. De. R.L. de C.V., a business entity organized under the laws of the Republic of Mexico,<br><br>           Plaintiff,<br><br>v.<br><br>WESTAR SEEDS INTERNATIONAL, INC., an Oregon Corporation,<br><br>           Defendant.<br>_____<br>WESTAR SEEDS INTERNATIONAL, INC., an Oregon Corporation,<br><br>           Third-Party Plaintiff,<br><br>v.<br><br>WESTERN HYBRID SEEDS, INC., a California Corporation; and FARMER BEAN & SEED, LLC, a Washington Corporation,<br><br>           Third-Party Defendants. | Case No. 08 CV 1998 JM JMA<br><br>Action Filed:  10/8/08<br><br>DIST. JUDGE: Jeffrey T. Miller<br>MAG. JUDGE: Jan M. Adler<br><br>**ORDER RE STIPULATION TO DISMISS THIRD-PARTY COMPLAINT** |

1   IT IS HEREBY ORDERED that the Stipulation to Dismiss Third-Party Complaint
2  of WESTAR SEEDS INTERNATIONAL, INC., is approved and the Counter Claim is dismissed
3  without prejudice, each party to bear their own fees and costs.
4  DATED:  May 5, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

K:\COMMON\CHMB_MIL\
__SIGNED ORDERS\5 5
09\08cv1998_Order Re
Stip to Dismiss 3rd
Party-Claim_5 5 09.wpd

2
ORDER RE STIPULATION TO DISMISS THIRD-PARTY COMPLAINT                    08CV1998