UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANCHO AGRICOLA SANTA MONICA, S. De. R.L. de C.V., a business entity organized under the laws of the Republic of Mexico,<br><br>Plaintiff,<br><br>v.<br><br>WESTAR SEEDS INTERNATIONAL, INC., an Oregon Corporation,<br><br>Defendant.<br><br>AND RELATED CROSS ACTION. | Case No. 08 CV 1998 JM JMA<br><br>Action Filed: 10/8/08<br><br>DIST. JUDGE: Jeffrey T. Miller<br>MAG. JUDGE: Jan M. Adler<br><br>**ORDER RE JOINT MOTION TO DISMISS COUNTER-CLAIM** |

IT IS HEREBY ORDERED that the parties' Joint Motion to Dismiss Counter-Claim of WESTAR SEEDS INTERNATIONAL, INC. against HUMBERTO DIAZ is approved and the Counter-Claim is dismissed without prejudice, each party to bear their own fees and costs.

DATED: June 10, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge